(2025-110)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDGAR IVAN SERRANO MARTINEZ | § | |
| | § | |
| VS. | § | Civil Action No. _____ |
| | § | |
| TARGET CORPORATION | § | JURY DEMANDED |

## DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, TARGET CORPORATION, files this Notice of Removal to the United States District Court for the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, based on the following facts, which show that this case is properly removable:

### I.

### PROCEDURAL BACKGROUND

1. On December 5, 2024, Plaintiff Edgar Ivan Serrano Martinez commenced an action in the County Court at Law No. 3 of Cameron County, Texas, Cause No. 2024-CCL-00895, styled ***Edgar Ivan Serrano Martinez v. Target Corporation***. Plaintiff claims Defendant is liable for negligence under a premises liability theory.

2. On or about January 8, 2025, Defendant Target Corporation was served with a copy of Plaintiff's Original Petition.

### II.

### PARTIES

3. Plaintiff Edgar Ivan Serrano Martinez (hereinafter "Plaintiff") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of the United States and

domiciled in the State of Texas. Specifically, Plaintiff alleges to be a resident of Hidalgo County, Texas.[1]

4. Defendant Target Corporation (hereinafter "Target") is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Minnesota corporation with its principal place of business in Minneapolis, Minnesota.

## III.

## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

**A. Diversity Jurisdiction Exists.**

5. Removal is proper because this lawsuit involves a controversy between citizens of different states. Specifically, Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of the United States and domiciliary of Texas.

6. In contrast, Target is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Minnesota corporation with its principal place of business in Minneapolis, Minnesota.

7. In accordance with 28 U.S.C. § 1446(b), Defendant's Notice of Removal is timely as it is filed within 30 days of Defendant being served with process and/or entering an appearance in state court.

8. At the time suit was filed, and continuing to the present, this Court had, and still has, original subject mater jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between Plaintiff and Defendant. Further, there are no statutory bars against removal to the United States District Court, Southern District of Texas.

---

[1] *See* Exhibit A, Plaintiff's Original Petition, pg. 1.

9. Additionally, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[2]

## IV.

## COMPLIANCE WITH REMOVAL PROCEDURES

10. A copy of this Notice of Removal was filed with the clerk of the State Court in which the original action was filed, as required by law.

11. Pursuant to Local Rules 3 and 81, this Notice of Removal is accompanied by a Civil Cover Sheet and copies of the following attached documents:

    a. Pleadings asserting causes of action (Exhibit A);
    b. All orders signed by the State Judge (Exhibit B);
    c. The state court docket sheet at the time of removal (Exhibit C);
    d. An index of matters being filed (Exhibit D); and
    e. A list of all attorneys, including their addresses, telephone numbers, and the parties they represent (Exhibit E).

## V.

## PRAYER

For these reasons, Defendant, TARGET CORPORATION, requests that the Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in State Court, in accordance with law.

Dated: January 29, 2025

---

[2] *Id.*

Respectfully submitted,

/s/ *Anthony B. James*
Anthony B. James, *Attorney-in-Charge*
State Bar No. 10537300
Federal I.D. No. 3785
Email: ajames@hodgejames.com
Marco A. Jilpas
State Bar No. 24071331
Federal I.D. No. 2983324
Email: mjilpas@hodgejames.com
HODGE JAMES JILPAS & NICHOLS
Attorneys at Law
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing, Defendant Target Corporation's Notice of Removal, has been served on the 29th day of January, 2025, to all attorneys of record via E-Service as follows:

Via E-mail: TijerinaLit@tlegalgroup.com
Derek I. Salinas
Tijerina Legal Group, P.C.
120 S. 2nd St., Suite 4A
McAllen, Texas 78501

***Attorney for Plaintiff***

/s/ *Anthony B. James*
Anthony B. James